**Addington Cooper JONES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 56474.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 12, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 17, 1990.

Application to Transfer Denied
Feb. 13, 1990.

Michael C. Todt, David C. Hemingway, James Stewart McKay, St. Louis, for appellant.

William L. Webster, Atty. Gen., Frank A. Jung, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant, Addington Cooper Jones, appeals the denial of his Rule 24.035 motion

without an evidentiary hearing. We have reviewed his allegations, the record on which they are based, and the court's findings of fact and conclusions of law. We find the court's findings and conclusions are not clearly erroneous. No precedential value would be gained from a full opinion. Rule 84.16(b).